**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
Brittany S. Scott (State Bar No. 327132)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone:  (925) 300-4455
Facsimile:   (925) 407-2700
Email: ndeckant@bursor.com
         bscott@bursor.com
         jwilner@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA HAWLEY and KILEY KRZYZEK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>AIRBNB TRAVEL INSURANCE AGENCY LLC and GENERALI ASSICURAZIONI GENERALI S.P.A.,<br><br>Defendants. | Case No. 3:24-cv-03142-TLT<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST AIRBNB TRAVEL INSURANCE AGENCY, LLC ONLY** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Jessica Hawley and Kiley Krzyzek hereby voluntarily dismiss without prejudice their claims against Airbnb Travel Insurance Agency, LLC **only**.  Plaintiffs are **not** dismissing their claims against Generali Assicurazioni Generali S.P.A.[1]

Dated: June 26, 2024              **BURSOR & FISHER, P.A**.

By:      */s/ Brittany S. Scott*
                Brittany S. Scott

Neal J. Deckant (State Bar No. 322946)
Brittany S. Scott (State Bar No. 327132)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone:  (925) 300-4455
Facsimile:   (925) 407-2700
Email: ndeckant@bursor.com
           bscott@bursor.com
           jwilner@bursor.com

*Attorneys for Plaintiffs*

---

[1] Plaintiffs expressly reserve the right to amend their class action complaint to add Airbnb Insurance Agency LLC as a Defendant.