**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
Brittany S. Scott (State Bar No. 327132)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email: ndeckant@bursor.com
         bscott@bursor.com
         jwilner@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA HAWLEY and KILEY KRZYZEK, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>   v.<br><br>AIRBNB INSURANCE AGENCY LLC AND GENERALI ASSICURAZIONI GENERALI S.P.A.,<br><br>               Defendant. | Case No. 3:24-cv-03142-TLT<br><br>**NOTICE OF VOLUNTARY DISMISSAL <u>WITH</u> PREJUDICE**<br><br>Hon. Trina L. Thompson |

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Accordingly, Plaintiffs Jessica Hawley and Kiley Krzyzek hereby dismiss, **with prejudice**, their claims against Defendants Generali Assicurazioni Generali S.P.A. (U.S. Branch) and Airbnb Insurance Agency LLC.  Each party shall bear its own costs.

Dated: December 3, 2024                         **BURSOR & FISHER, P.A**.

By: ___/s/ Brittany S. Scott_____
            Brittany S. Scott

Neal J. Deckant (State Bar No. 322946)
Brittany S. Scott (State Bar No. 327132)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email: ndeckant@bursor.com
      bscott@bursor.com
      jwilner@bursor.com

*Attorneys for Plaintiffs*